UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHAN TSAI, <br> and ZHENGYUAN CHEN, <br> Plaintiffs, | : <br> : <br> : <br> : | C.A. No.: 1:22-cv-01065-SRF |
| v. | : <br> : | Jury Trial Demanded |
| DERRICK CALLOWAY, <br> Defendant. | : <br> : | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Ethan Tsai and Zhengyuan Chen and Defendant Derrick Calloway, by and through their respective legal counsel, do hereby stipulate and agree to dismiss this action in its entirety with prejudice.

By: /s/ Tasha Marie Stevens-Gueh
　　Tasha Marie Stevens-Gueh, Esq.
　　Delaware Bar No. 4463
　　ANDREWS & STEVENS-GUEH, LLC
　　115 South Bedford Street
　　Georgetown, Delaware 19947
　　(302) 856-0999 Telephone
　　Tasha@ASGLawDE.com
　　**ATTORNEY FOR PLAINTIFF**

By: /s/ Jennifer A. Sutton
　　Jennifer A. Sutton, Esquire
　　Delaware Bar No. 4419
　　Margolis Edelstein
　　300 Delaware Avenue, Suite 800
　　Wilmington, DE 19801
　　PH: 302-313-9602
　　Jsutton@margolisedelstein.com
　　**ATTORNEY FOR DEFENDANT**

## ORDER

**SO ORDERED** this 3rd day of April, 2024.

_____
Sherry R. Fallon, U. S. Magistrate Judge